IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:09-cr-13-JHP |
| | ) | |
| G. DAVID GORDON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT DAVID GORDON'S
SUPPLEMENTAL SENTENCING MEMORANDUM
REGARDING RECOMMENDATION TO THE
<u>BUREAU OF PRISONS REGARDING A PRISON FACILITY</u>**

Defendant David Gordon submits this Memorandum to supplement the request raised in his Sentencing Memorandum filed on August 13, 2010 (Dkt. # 295) regarding a designated Prison. In his August 13, 2010 Sentencing Memorandum, Mr. Gordon requested that the Court recommend that he be assigned to FCI Fort Worth so that he may be close to his family (Sentencing Memorandum at 21).

Mr. Gordon recognizes that the choice of facility will be made by the Bureau of Prisons ("BOP"), but supplements his earlier Memorandum by respectfully requesting that, when the Court enters Judgment, it recommend that he be assigned to either FCI Fort Worth or FCI Seagoville so that he may be close to his family.

-2-

| | |
|---|---|
| Dated: November 3, 2010 | Respectfully submitted, |
| PORTER WRIGHT MORRIS<br>  & ARTHUR LLP | RIGGS, ABNEY, NEAL, TURPEN,<br>  ORBISON & LEWIS |

By: /s/   Thomas O. Gorman                
    Thomas O. Gorman
    William P. McGrath, Jr.
    1919 Pennsylvania Avenue NW
    Suite 500
    Washington, DC  20006-3434
    Telephone:     (202) 778-3000
    Facsimile:     (202) 778-3063
    tgorman@porterwright.com
    wmcgrath@porterwright.com

By: /s/   Stephen E. Hale                
    Kristopher E. Koepsel
    OBA No. 19147
    Stephen E. Hale
    OB No. 15777
    502 W 6th Street
    Tulsa, OK  74119
    Telephone:     (918) 587-3161
    Facsimile:     (918) 587-9708
    kkoepsel@riggsabney.com
    shale@riggsabney.com

COUNSEL FOR DEFENDANT
G. DAVID GORDON

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2010, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Andrew H. Warren
Email: andrew.warren@usdoj.gov
Attorney for the United States

Catherine J. Depew
Email: catherine.depew@usdoj.gov
Attorney for the United States

Kevin B. Muhlendorf
Email: muhlendorfk@sec.gov
Attorney for the United States

Anthony L. Allen
Email: tony@lawtulsa.com
Attorney for Richard Clark

Scott A. Graham
Email: scott@lawtulsa.com
Attorney for Richard Clark

By: /s/   Thomas O. Gorman                
    Thomas O. Gorman