✎AO 245B    (Rev. 09/08) Judgment in a Criminal Case
　　　　　　Sheet 1

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | OKLAHOMA |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | |
| | Case Number:　09-CR-013-001-JHP |
| GEORGE DAVID GORDON<br>a/k/a "G. David Gordon" | USM Number:　10559-062 |
| | Thomas Orlo Gorman, William Peter McGrath , Jr., and Stephen E. Hale |
| | Defendant's Attorney |

**THE DEFENDANT:**

[] pleaded guilty to count(s) _____

[] pleaded nolo contendere to count(s) _____
which was accepted by the court.

[x] was found guilty on counts  One through Fifteen and Seventeen through Twenty-four after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy | 12/06 | 1 |
| 18 U.S.C. § 1343 & 2(a) | Wire Fraud; Aiding and Abetting | 3/10/06 | 2 - 10, 23 |
| 15 U.S.C. §§ 78j(b),78ff & 17 C.F.R. § 240.10b-5; 18 U.S.C. 2(a) | Securities Fraud; Aiding and Abetting | 12/27/05 | 11 - 15 |
| 18 U.S.C. §§ 1957(a) & 2(a) | Money Laundering; Aiding and Abetting | 7/20/06 | 17 - 21 |
| 18 U.S.C. § 1001 | False Statement | 9/20/05 | 22 |
| 18 U.S.C. § 1512(c)(2) | Obstruction of Justice | 3/08 | 24 |

　　　　The defendant is sentenced as provided in pages 2 through ___12___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has been found not guilty on count(s) _____

[] Count(s) _____ [] is    [] are  dismissed on the motion of the United States.

　　　　It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

October 29, 2010
Date of Imposition of Judgment

_James H. Payne_
United States District Judge
Northern District of Oklahoma

November 8, 2010
Date

AO 245B    (Rev. 09/08) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT:          George David Gordon
CASE NUMBER:     09-CR-013-001-JHP

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of:     188 months.  This sentence consists of 188 months as to each of Counts Two through Fifteen, and Twenty-three and Twenty-four; 120 months as to each of Counts Seventeen through Twenty-one; and sixty months as to each of Counts One and Twenty-two, all counts to run concurrently, each with the other, for a total sentence of 188 months.

[]    The court makes the following recommendations to the Bureau of Prisons:

[x]    The defendant is remanded to the custody of the United States Marshal.

[]    The defendant shall surrender to the United States Marshal for this district:

     []    at _____ [] a.m. [] p.m. on _____ .

     []    as notified by the United States Marshal.

[]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     []    before 12 noon on _____ .

     []    as notified by the United States Marshal.

     []    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment—Page   <u> 3 </u>   of   <u> 12 </u>

DEFENDANT:      George David Gordon
CASE NUMBER:    09-CR-013-001-JHP

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : Three years as to each of Counts One through Fifteen, and Seventeen through Twenty-four, said counts to run concurrently, each with the other.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests within 120 days for use of a controlled substance.

[x]     The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse, but authority to administer drug testing for cause is retained. (Check, if applicable.)

[x]     The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

[x]     The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[]     The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prison, or any state sex offender registration agency in which he or she resides, works, or is a student, or was convicted of a qualifying offense. (Check, if applicable.)

[]     The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer.
2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4. The defendant shall support the defendant's dependents and meet other family responsibilities (including, but not limited to, complying with the terms of any court order or administrative process pursuant to the law of a state, the District of Columbia, or any other possession or territory of the United States requiring payments by the defendant for the support and maintenance of any child or of a child and the parent with whom the child is living).
5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6. The defendant shall notify the probation officer at least ten days prior to any change of residence or employment.
7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.
8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, or other places specified by the court.
9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10. The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11. The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement  (any objection to such notification shall be decided by the district court).
14. The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.
15. The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

DEFENDANT:          George David Gordon
CASE NUMBER:      09-CR-013-001-JHP

# SPECIAL CONDITIONS OF SUPERVISION

1.    The defendant shall abide by the "Special Financial Conditions" previously adopted by the Court,  as follows:

  1.    The defendant shall maintain a checking account in the defendant's name and deposit into this account all income, monetary gains or other pecuniary proceeds, and make use of this account for payment of all personal expenses.  All other bank accounts must be disclosed to the probation officer.

  2.    The defendant shall not make application for any loan or enter into any credit arrangement, without first consulting with the probation officer.

  3.    The defendant shall disclose all assets and liabilities to the probation officer.  The defendant shall not transfer, sell, give-away, or otherwise convey any asset, without first consulting with the probation officer.

  4.    If the defendant owns or maintains interest in any profit or nonprofit entity, you shall, upon request, surrender and/or make available for review, any and all documents and records of said profit or nonprofit entity to the probation officer.

  5.    The defendant shall, upon request of the probation officer, complete a personal financial affidavit and authorize release of any and all financial information, to include income and tax return records, by execution of a Release of Financial Information form, or by any other appropriate means.

2.    The defendant shall submit his person, residence, office or vehicle to a search, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

3.    The defendant shall not accept any employment offer or engage in any form of self-employment without the prior approval of the probation officer.

Judgment — Page   5   of   12

DEFENDANT:      George David Gordon
CASE NUMBER:      09-CR-013-001-JHP

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 2300 | $ N/A | $ 6,150,136.79 |

[ ]    The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[x]    The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

     If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| See Attachment: Judgment Restitution Schedule | | $ 6,150,136.79 | |
| **TOTALS** | $ _____ | $    6,150,136.79 | |

[ ]    Restitution amount ordered pursuant to plea agreement   $ _____

[ ]    The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[x]    The court determined that the defendant does not have the ability to pay interest and it is ordered that:

     [x]   the interest requirement is waived for the      [ ]   fine    [x]   restitution.

     [ ]   the interest requirement for the      [ ]   fine    [ ]   restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Judgment — Page ___6___ of ___12___

DEFENDANT:          George David Gordon
CASE NUMBER:    09-CR-013-001-JHP

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**   []   Lump sum payment of $ _____ due immediately, balance due

     []   not later than _____ , or
     []   in accordance with   []  C,   []  D,   []  E, or   []  F below; or

**B**   []   Payment to begin immediately (may be combined with       []  C,   []  D, or   []  F below); or

**C**   []   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   []   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
term of supervision; or

**E**   []   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   [x]   Special instructions regarding the payment of criminal monetary penalties:

Any criminal monetary penalty is due in full immediately, but payable on a schedule of the greater of $25 quarterly or 50% of income
pursuant to the Federal Bureau of Prisons' Inmate Financial Responsibility Program while in prison. If a monetary balance remains,
payment is to commence no later than 60 days following release from imprisonment to a term of supervised release in equal monthly
payments of $500 or 10% of net income (take home pay),  whichever is greater, over the duration of the term of supervised release
and thereafter as prescribed by law for as long as some debt remains.  Notwithstanding establishment of a payment schedule, nothing
shall prohibit the United States from executing or levying upon property of the defendant discovered before or after the date of this
Judgment.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
imprisonment.   All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial
Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[x]   Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
and corresponding payee, if appropriate.

Said restitution order is joint and several with any restitution ordered in the case of codefendant, Richard Clark, Case Number 09-CR-013-
002-JHP, except that no further payment shall be required after the sum of the amounts actually paid by all defendants has fully covered
the compensable injury.

[]   The defendant shall pay the cost of prosecution.
[]   The defendant shall pay the following court cost(s):
[x]   The defendant shall forfeit the defendant's interest in the following property to the United States:
Joint and several and individual money judgments and the forfeiture of personal and real properties are entered against the defendant
as set out in the Order of Criminal Forfeiture Money Judgments, Preliminary Order of Forfeiture of Property and Order of Forfeiture
of Substitute Assets, entered as Dkt. # 313.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B   (Rev. 09/08) Judgment in a Criminal Case    Sheet 6 — Schedule of Payments

DEFENDANT:            George David Gordon
CASE NUMBER:         09-CR-013-001-JHP

## JUDGMENT RESTITUTION SCHEDULE

| | | |
|---|---|---|
| Anthony Acri | New Haven, Connecticut | $34,000 |
| Silvie and Margaret Alfonso, Margaret Ann Alfonso | Tulsa, Oklahoma | $71,383.58 |
| Alan Louis Alarid | Huntington Beach, California | $709.95 |
| Michael Alexander | Sewickley, Pennsylvania | $7,590 |
| Jensine Andresen | Kula, Hawaii | $225,000 |
| Kevin Arriola | Bakersfield, California | $12,000 |
| Glen J. Asher | Seattle, Washington | $5,215 |
| Brad & Cassie Bacon | Mesa, Arizona | $4,910 |
| John T. Baldwin | Oklahoma City, Oklahoma | $21,300 |
| George J. Ballantine | New Lenox, Illinois | $7,000 |
| Giacomo Bari | Rochelle Park, New Jersey | $14,248 |
| William Barnick | Poway, California | $250,000 |
| Rita Bartlett | Tulsa, Oklahoma | $37,510 |
| Rita Bartlett, Power of Attorney for Ethel Marzano | Tulsa, Oklahoma | $13,136 |
| Ronnie Bassham | Burleson, Texas | $9,741 |
| Russell & Julie Bell | Burbank, California | $131,940 |
| Robert Blount | Vassalboro, Maine | $10,691 |
| Kimberly Braithwaite | Albuquerque, New Mexico | $500 |
| Melvin Brenner | Silver Springs, Maryland | $13,060 |
| Eugene Brock | Wichita Falls, Texas | $7,650 |
| Luke Brown | Miami, Florida | $60,000 |
| Jason R. Burkhart | Harrisburg, Pennsylvania | $7,500 |
| David E. Burnham | Farmington, Utah | $244 |
| Phillip Cabreros | Canton, Michigan | $4,753 |
| David Carlson | Irving, Texas | $29,800 |
| G. Blake Chanslor | Albuquerque, New Mexico | $48,174 |
| Opal Christine Clark | St. Petersburg, Florida | $53,200 |

AO 245B  (Rev. 09/08) Judgment in a Criminal Case    Sheet 6 — Schedule of Payments

DEFENDANT:          George David Gordon
CASE NUMBER:        09-CR-013-001-JHP

| | | |
|---|---|---|
| William Clark | Rancho Murieta, California | $5,000 |
| Albert M. Cohen | Wildwood, Missouri | $38,165 |
| Peter & Sharon Coppola | Springlake, New Jersey | $11,600 |
| Mark P. Cronin | Centrebill, Virginia | $7,480 |
| Michael Cummings | Hartford, Wisconsin | $4,905.80 |
| Dorothy or MD Davis | Houston, Texas | $30,849.97 |
| Oliver Warren & Laurete B. Davis | Riverton, Utah | $2,000 |
| Greg Deist | Lanesville, Indiana | $40,000 |
| Divine Mercy Eucharistic Society (by Thelma Orias) | El Cerrito, California | $16,640 |
| George T. Dort | Pleasanton, California | $28,000 |
| Joseph Duffy | New Hartford, Connecticut | $24,350 |
| Alain Dupuy | Toledo, Ohio | $7,903 |
| Rocky Jay Edelman | Centerville, Utah | $4,830 |
| Hans G. Ehlers | Kansas City, Missouri | $76,941 |
| Joseph & Robbie Elison | Toquerville, Utah | $105,983 |
| Steven R. Elliot | Tulsa, Oklahoma | $31,707 |
| Daryl Fick | LeMesa, California | $75,373.17 |
| Alfred J. Figueroa | Indianapolis, Indiana | $5,181 |
| Nancy Fine | Chickasha, Oklahoma | $70,231 |
| Daniel Finkelstein | New York, New York | $1,600 |
| Eddie R. Fischer | Fullerton, California | $11,180 |
| A. Gerald Fishbeck | Georgetown, South Carolina | $67,265 |
| Michael Fleming | Tucson, Arizona | $16,301 |
| Flintshire Enterprises, LLC (Mark Hickney) | Dallas, Texas | $11,550 |
| Damon Fowler | Brooklyn, New York | $4,335 |
| Roger Frago | Pleasanton, California | $103,687 |
| Dean Arnold Fullinwider, Sr. | Tuscola, Texas | $1,904 |
| Renato Gambetta | Capre May, New Jersey | $9,187 |
| Robert Gazzier | League City, Texas | $13,366 |

AO 245B  (Rev. 09/08) Judgment in a Criminal Case     Sheet 6 — Schedule of Payments

DEFENDANT:          George David Gordon
CASE NUMBER:        09-CR-013-001-JHP

| | | |
|---|---|---|
| Mark & Tanya Geisel | Lakeside, California | $114,198 |
| Christian Gheradi | Key Biscayne, Florida | $23,106.88 |
| Ruiz L. Gilmar | Beltsville, Maryland | $10,000 |
| Dean Gochis | Tooele, Utah | $5,963 |
| Garry Goett | Las Vegas, Nevada | $114,495 |
| Billy Griffin | Burlington, North Carolina | $930 |
| Jeffrey & Ellen Groene | Newberg, Oregon | $7,650 |
| Howard Guten | St. Petersburg, Florida | $90,000 |
| David S. Harkness | Nashville, Tennessee | $186,000 |
| David Harpster | Fort Worth, Texas | $5,490 |
| John & Lindsey Higginson | Scottsdale, Arizona | $96,066 |
| Mark & Kathleen Hinton | Gilbert, Arizona | $3,250.52 |
| Lisa Hitt | Vallejo, Calfornia | $2,220 |
| Tim Hohlt | Marine, Minnesota | $5,417 |
| William Holek | Tonganoxie, Kansas | $12,199 |
| Jeannette Howard | Forham Park, New Jersey | $4,963 |
| Carl H. Hulsman | Culpepper, Virginia | $7,000 |
| Thang Huynh | San Jose, California | $16,475 |
| Robert D. Katilus | East Bridgewater, Massachusetts | $15,324 |
| Mary Kelleher-Bodendorfer | Davis, California | $2,000 |
| Donald Kent | Gulf Breeze, Florida | $27,253 |
| George H. Kerner | Claremont, California | $3,846 |
| Sovannary & Sokham Ket | Stockbridge, Georgia | $15,000 |
| Allen Kingsland | Coral Springs, Florida | $13,112 |
| Barbara J. Kline | Largo, Florida | $7,724 |
| Brenda & Kurt Klink | Rubicon, Wisconsin | $4,961 |
| Paul Kueny | Cherry Hill, New Jersey | $32,788 |
| Wilson & Tammy Kwong | Monterey Park, California | $39,600 |
| Rick Larson | Napele, Florida | $27,000 |
| John Lee | Copertino, California | $3,150 |

AO 245B  (Rev. 09/08) Judgment in a Criminal Case    Sheet 6 — Schedule of Payments

DEFENDANT:          George David Gordon
CASE NUMBER:        09-CR-013-001-JHP

| | | |
|---|---|---:|
| Christopher Leng | Los Angeles, California | $5,000 |
| Dennis Malatek | Blythewood, South Carolina | $14,168 |
| Timothy Manuszak | Beavercreek, Ohio | $74,370.87 |
| Carol Markus | Horsham, Pennsylvania | $8,190 |
| Ethel M. Marzano | Norridge, Illinois | $13,136 |
| Phillip S. McDowell | Pittsburgh, Pennsylvania | $11,368 |
| Tim & Dayna McGuire | Bentonville, Arkansas | $14,099 |
| Michael Melvin | Taylorsville, North Carolina | $305,000 |
| Thomas E. Melvin | Taylorsville, North Carolina | $135,000 |
| Kenneth Michaelsen | Chesterfield, Missouri | $38,545 |
| William Mildren | Tulsa, Oklahoma | $27,000 |
| Elaine D. Miller | Parlin, New Jersey | $11,750 |
| Joe Moore | Torrance, California | $2,959 |
| Paul Moore | Lubbock, Texas | $12,600 |
| Robert Moore | Glenwood, New Mexico | $170,686 |
| Robert Moore (Custodian Accounts) | Glenwood, New Mexico | $95,245 |
| William Moore | Crystal River, Florida | $6,428 |
| Michael Morrison | Austin, Texas | $16,751 |
| Penny Stites Morrison | Deer Park, Texas | $6,570 |
| Frank Matthew Murphy | Huntington Beach, California | $712.94 |
| Charles T. Nies | Lebanon, Indiana | $7,221 |
| Elmo Nossaman | Del City, Oklahoma | $162,081.24 |
| Chester Nowak | Port Richey, Florida | $5,255 |
| Charles R. Obaugh | Staunton, Virginia | $17,622.24 |
| Joe Olbrys | Fort Collins, Colorado | $11,839.68 |
| David Olender | Ellington, Connecticut | $13,547 |
| Thelma Orias | Union City, California | $22,387 |
| Robert K. Peterson, Sr. | Yorba Linest, California | $36,456 |
| Delenia Pickthorn | Oklahoma City, Oklahoma | $31,153 |

AO 245B  (Rev. 09/08) Judgment in a Criminal Case    Sheet 6 — Schedule of Payments

DEFENDANT:          George David Gordon
CASE NUMBER:          09-CR-013-001-JHP

| | | |
|---|---|---|
| Stephen Pitts | Conway, Arkansas | $6,749.83 |
| Matthew Polidoro | Ocoee, Florida | $9,310 |
| Bryan Poplin | Antioch, Tennessee | $10,077.90 |
| Sherwin Prakash | Hayward, California | $21,500 |
| John M. Price | Manahawkin, New Jersey | $18,027 |
| John Quaguata | Gater Mills, Ohio | $59,750 |
| Dean Raymond | Pasadena, Maryland | $32,878 |
| Rabah Razzoq | El Cajon, California | $31,729 |
| Eugene & Patricia Reed | McMurray, Pennsylvania | $15,453 |
| Adam Reese | Kensington, Maryland | $12,694 |
| Felipe A. Rodriguez | Bryans Road, Maryland | $13,132.22 |
| John W. Roher | Burbank, Washington | $55,709 |
| Johnathan & Lois Sastic | Oneonta, New York | $14,600 |
| William & Sandra Schmidtmann | Parker, Colorado | $7,868 |
| Arezu Sesoleimany | San Jose, California | $5,429 |
| Steven Silveus | Clearwater Beach, Florida | $115,000 |
| Alan E. Smith | Staten Island, New York | $7,934 |
| George Solonos | Demarest, New Jersey | $75,733 |
| Megan Speirs Mack | Tucson, Arizona | $6,065.24 |
| Roger C. & Heidi D. Speirs | Gilbert, Arizona | $350,730.76 |
| Varel Springer | Livermore, California | $25,810 |
| Charles & Nicole Stansbury | Weeki Wachee, Florida | $1,233 |
| William Stasco | Garden City, New York | $59,033 |
| James Stevens | Twenty Nine Palms, California | $68,500 |
| Timothy Stockton | Melbourne Beach, Florida | $48,750 |
| Jeffrey D. Swanson | Seattle, Washington | $58,600 |
| Tim Szymanski | Highlands Ranch, Colorado | $81,672 |
| Andrew Thompson | Heathrow, Florida | $23,360 |
| Robert Tomasula | Clayton, North Carolina | $40,292 |
| Gary Trautman | Labadie, Missouri | $138,716 |

AO 245B  (Rev. 09/08) Judgment in a Criminal Case    Sheet 6 — Schedule of Payments

Judgment — Page
12 of 12

DEFENDANT:           George David Gordon
CASE NUMBER:         09-CR-013-001-JHP

| | | |
|---|---|---|
| Richard Troth | Dalton, Pennsylvania | $124,157 |
| Stanley Turner | Appling, Georgia | $80,000 |
| Albert H. Tzen | Signal Hill, California | $5,572 |
| Kenneth & Dawn Van Damme | Hondo, Texas | $43,990 |
| Rhoby Van Derlip | Ingelside, Illionois | $11,281 |
| Douglas Vincent | Mesa, Arizona | $480 |
| Susan Ward | Ballwin, Missouri | $14,633 |
| Winstrom Properties c/o Willis L. Winstrom | Omaha, Nebraska | $18,605 |
| Barry Wolff | Lakewood, California | $52,477 |
| Julia Yan | Salinas, California | $6,600 |
| Kun & Chon Carl Yun | Dubith, Georgia | $9,640 |
| Roy Zang | Northeast, Maryland | $280,000 |
| William J. Zive | San Clemente, California | $3,273 |
| Total | | $6,150,136.79 |